IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiffs,<br><br>vs.<br><br>SHERRI L. ATKINS,<br><br>      Defendant. | 8:17CR313<br><br>ORDER |

   This matter is before the court on Defendant's UNOPPOSED MOTION TO EXTEND PRETRIAL DEADLINES AND TO DECLARE CASE EXTENDED AND COMPLEX [22]. This case is so unusual and complex that it is unreasonable to expect adequate preparation for pretrial proceedings, or the trial itself, within the time limits established by the Speedy Trial Act. Therefore, for good cause shown, I find that the motion should be granted. The defendant will be given an approximate 120-day extension. Pretrial Motions shall be filed by March 28, 2018.

   **IT IS ORDERED:**

   1. Defendant's UNOPPOSED MOTION TO EXTEND PRETRIAL DEADLINES AND TO DECLARE CASE EXTENDED AND COMPLEX [22] is granted. Pretrial motions shall be filed on or before March 28, 2018.

   2. This case is declared to be unusual and complex pursuant to 18 USC § 3161(h)(7)(B)(ii).

   2. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between November 28, 2017 and March 28, 2018, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

   Dated this 29th day of November, 2017.

                       BY THE COURT:

                       s/ Michael D. Nelson
                       United States Magistrate Judge