# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **8:17CR313** |
| Plaintiff, | |
| vs. | **ORDER** |
| SHERRI L. ATKINS, | |
| Defendant. | |

IT IS ORDERED that:

1. The Government's unopposed Motion to Continue Sentencing (filing 66) is granted.

2. Defendant Sherri L. Atkins' sentencing is continued to May 16, 2019, at 10:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall be present at the hearing.

Dated this 26th day of March, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge