IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17-CR-313 |
| vs. | ORDER |
| SHERRI L. ATKINS, | |
| Defendant. | |

This matter is before the Court on the defendant's unopposed motion to extend his self-surrender date (filing 116). The motion will be granted.

IT IS ORDERED:

1. The defendant's motion to extend (filing 116) is granted.

2. The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 1:00 P.M. on January 29, 2020.

3. The Clerk of the Court is directed to provide a certified copy of this order to the United States Marshal.

Dated this 7th day of August, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge