IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:17-CR-313 |
| vs. | JUDGMENT |
| SHERRI L. ATKINS, | |
| Defendant. | |

For the reasons stated in the accompanying Memorandum and Order, the defendant's motion to vacate under 28 U.S.C. § 2255 (filing 133) is denied.

Dated this 3rd day of March, 2021.

BY THE COURT:

John M. Gerrard
Chief United States District Judge